IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ZAYZHON THOMPSON**　　　　　　　　　　　　　　　　　　　　**PETITIONER**
**ADC #162920**

v.　　　　　　　　　　Case No: 4:24-cv-00305-LPR

**DEXTER PAYNE,**
*Director, Arkansas Division of Correction*　　　　　　　　**RESPONDENT**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Joe J. Volpe (Doc. 14) and the Petitioner's Objections (Doc. 17). After a *de novo* review of the RD, along with careful consideration of the Objections and the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.[1]

Accordingly, the Petition for Writ of Habeas Corpus (Doc. 2) is DISMISSED without prejudice. A certificate of appealability will not issue.

IT IS SO ORDERED this 1st day of November 2024.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　LEE P. RUDOFSKY
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] Mr. Thompson insists in both his Petition and his Objections that he is attempting to challenge his 2023 Lincoln County conviction in Case No. 40CR-21-39 for possessing a cell phone while incarcerated, rather than challenging his 2016 Pulaski County conviction. Petition (Doc. 2) at 18–19; Objections (Doc. 17) at 1. All of the arguments he raises in his Petition, however, are premised on the invalidity of his original 2016 conviction. *See* RD (Doc. 14) at 3. Thus, the Court lacks jurisdiction to consider his successive Petition without authorization from the Eighth Circuit.