IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ZAYZHON THOMPSON**  **PETITIONER**
**ADC #162920**

v.  Case No: 4:24-cv-00305-LPR

**DEXTER PAYNE,**
*Director, Arkansas Division of Correction*  **RESPONDENT**

## JUDGMENT

Consistent with the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED without prejudice. A certificate of appealability will not issue.

IT IS SO ADJUDGED this 1st day of November 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE